AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

Jason W. Powers
971 Broadway, Apt. 2
Everett, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-1773-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ September 3, 2003 _____ in _____ Middlesex _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

aid and abet the taking, by force and violence, and by intimidation, from the person and presence of others, money, in the amount of $6,076, more or less, belonging to and in the care, custody, control, management and possession of the Danvers Savings Bank, 400 West Cummings Park, Woburn, Massachusetts, the deposits of which were then insured by the Federal Deposit Insurance Corporation

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2113(a) and 2 _____.

I further state that I am a(x) _____ Special Federal Officer _____ and that this complaint is based on the following
Official Title

facts:

see attached affidavit of Eugene A. Kee, Jr.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

*Eugene A. Kee Jr.*
Signature of Complainant

EUGENE A. KEE, JR.

Sworn to before me and subscribed in my presence,

_____ 12-2-03 _____    at _____ Worcester, MA _____
Date                                                          City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.