# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

IN UNITED STATES    ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)
IN THE CASE OF: **USA** vs. **Jason Powers**

FOR: _____  AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): _____

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS:
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Christmas Tree Shop, Rte. 1, Lynnfield, MA
- IF YES, how much do you earn per month? $ 400 gross / 220 net
- IF NO, give month and year of last employment. How much did you earn per month $ _____
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____ SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE _____ DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Colin Powers —

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Denise Rosette (rent) | $ | $ 400.00 |
| | Cell Phone | $ | $ 56.00 |
| | | $ | $ 92.10 |
| | | $ | $ |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): ▶ *Jason Powers*

I certify the above to be correct.

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.