FID # 817053

AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED IN OFFICE
2004 JAN 21 P 1:28
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

JASON POWERS

**WARRANT FOR ARREST**

Case Number: 03-01773-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **JASON POWERS**
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
**VIOLATING CONDITIONS OF PRETRIAL RELEASE**

RECEIVED U.S. MARSHAL SVC
JAN 15  4 07 PM '04
WORCESTER MASS

in violation of Title __18__ United States Code, Section(s) __3583__

| Lisa B. Roland | /s/ Lisa B. Roland |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/15/2004    Worcester, MA |
| Title of Issuing Officer | Date    Location |

Digitally signed by /s/ Lisa B. Roland
DN: cn=/s/ Lisa B. Roland, ou=Deputy Clerk
Date: 2004.01.15 15:25:09 -05'00'

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 1-15-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1-20-04 | Tom Bezenson, SDUSM | |