UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04CR10035MLW |
| V. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §2113(a) and 2 |
| JASON W. POWERS | ) | Aiding and Abetting Bank Robbery |

**INFORMATION**

COUNT ONE:    (18 U.S.C. §2113(a) and 2 - Aiding and Abetting Bank Robbery)

The United States Attorney charges that:

On or about September 3, 2003, at Woburn, in the District of Massachusetts,

JASON W. POWERS,

defendant herein, did aid and abet the taking by force and violence and by intimidation, from the person and presence of employees of the Danvers Savings Bank, 400 West Cummings Park, Woburn, Massachusetts, money in the amount of $6,076.00, more or less, belonging to and in the care, custody, control, management and possession of the said Danvers Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

February 11, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. |
| | ) | |
| JASON W. POWERS | ) | |

## WAIVER OF INDICTMENT

Defendant Jason W. Powers, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

 

_____
JASON W. POWERS


_____
Walter H. Underhill, Esq.
Attorney for Defendant

Date: February ___, 2004