UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| V. | **NO. 04-10035-MLW** |
| **JOHN POWERS** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a Change of Plea Hearing on **March 24, 2004** at 4:00 P.M. before Judge Wolf in Courtroom # **10** on the **5th** floor.

TONY ANASTAS
CLERK OF COURT

**March 19, 2004**        By:   **/s/ Dennis O'Leary**
    Date                                        Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                              [kntchrgcnf.]