UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10035

| United States | Jason Powers |
|---|---|
| PLAINTIFF | DEFENDANT |
| Denna Sacco | Walter Underhill |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary            REPORTER  Twomey

CLERK'S NOTES

| DATES: | Rule 11 Hearing Held |
|---|---|
| 03/24/04 | Defendant takes the stand and is sworn. |
| | Waiver of indictment colloquy given. |
| | Defendant waives indictment - court accepts the same. |
| | Plea agreement dated 1/6/2004 marked as exhibit 1. |
| | Plea colloquy given. |
| | Government states the maximum possible penalties are 20 years custody, 3 years supervised release, $250K |
| | fine and $100 special assessment fee. |
| | Government summarizes the facts it would have proven had the case gone to trial. |
| | Defendant pleads guilty. |
| | Court accepts the defendant's plea and orders the clerk to enter the same. |
| | Defendant's custody to continue pending sentencing and is remanded to the custody of the US Marshals. |
| | Sentencing set for June 21, 2004 at 3:00 PM - sentencing procedural order to issue. |