UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 04-10035-MLW |
| ) | |
| JASON W. POWERS ) | |

## WAIVER OF INDICTMENT

Defendant Jason W. Powers, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

X _____
JASON W. POWERS

_____
Walter H. Underhill, Esq.
Attorney for Defendant

Date: March 24, 2004