UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA     )
                             )
        V.                   )   CRIMINAL NO. 04-10035-MLW
                             )
JASON W. POWERS              )
```

GOVERNMENT'S MOTION TO EXTEND TIME

    Defendant Jason Powers is scheduled to be sentenced by this Court on January 18, 2005. The government hereby moves to extend the time within which it may file sentencing-related motions from the currently scheduled date of January 4, 2005 to January 7, 2005. As grounds therefor, the government states that an inadvertent ministerial error by the undersigned Assistant U.S. Attorney delayed the internal submission of the request for substantial assistance review, and therefore it will not be known until January 7, 2005 if the filing of a substantial assistance motion will be authorized.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                               By:  /s/ Timothy Q. Feeley
                                      TIMOTHY Q. FEELEY
                                      Assistant U.S. Attorney
                                      (617) 748-3172

January 4, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the

person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Walter H. Underhill, Jr., Esq.
        66 Long Wharf
        Boston, MA 02110

This 4th day of January 2005.

        /s/ Timothy Q. Feeley
        TIMOTHY Q. FEELEY
        ASSISTANT UNITED STATES ATTORNEY