UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10035

United States                                      John Powers
          PLAINTIFF                                DEFENDANT

Timothy Feeley                                     Walter Underhill

          COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE   Wolf              CLERK   O'Leary              REPORTER   Twomey

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|--------|--------------------|
| 1/18/05 | Court goes over the impact of the recent Supreme Court decisions in Booker and Fanfan on today's hearing. |
|  | Court asks parties whether the case should be continued until after the Court sentences the defendant in |
|  | USA v Schurko.  Neither party has an objection.  Court reschedules the sentencing for March 21, 2005 at |
|  | 3:00 PM. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |