**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                              **CRIMINAL  CASE**
                                                               **NO. 04-10035-MLW**

         **V.**

**JASON POWERS**
        **Defendant(s)**


**NOTICE OF CANCELLATION/RESCHEDULING**

**WOLF, D.J.**

1)    The **SENTENCING HEARING** before Judge **Wolf**, **PREVIOUSLY SCHEDULED** for

    **MARCH 21, 2005** at **3:00 PM** has been **RESCHEDULED** to **MAY 6, 2005, 2005** at

    **3:00 P.M.** in Courtroom # **10** on the **5**th floor.

2)    If the parties would like to file any motions or other pleadings for the court to

    consider at sentencing they shall be filed by **APRIL 22, 2005**.  Any responses

    shall be filed by **APRIL 29, 2005**.

3)    Not less than five business days before the sentencing hearing, counsel are

    to advise the clerk if counsel for either party contends that an evidentiary

    hearing is necessary, and shall advise the clerk of the amount of time counsel

    expects would be required to complete the hearing.

                                                   **TONY ANASTAS**
                                                   **CLERK OF COURT**


**February 4, 2005**                          **By:    /s/ Dennis O'Leary**
    **Date**                                          **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                          [ntchrgcnf.][kntchrgcnf.]