UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                      **CRIMINAL CASE**
                                                       **NO. 04-10035-MLW**

**V.**

**JASON POWERS**
        **Defendant(s)**

## NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, ORIGINALLY SCHEDULED for **MAY 6, 2005** at **3:00 PM** has been RESCHEDULED to **MAY 27, 2005, 2005** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by MAY 13, 2005. Any responses shall be filed by MAY 20, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                        **SARA A. THORNTON**
                                        **CLERK OF COURT**

**April 12, 2005**                      **By:**   **/s/ Dennis O'Leary**
        **Date**                                  **Deputy Clerk**
**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]