**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                     CRIMINAL  CASE
                                                      NO. 04-10035-MLW
                **V.**

**JASON W. POWERS**
        **Defendant(s)**


**NOTICE OF CANCELLATION/RESCHEDULING**

**WOLF, D.J.**

1)      The SENTENCING HEARING before Judge Wolf, PREVIOUSLY SCHEDULED for

MAY 27, 2005 at 3:00 PM has been RESCHEDULED to JUNE 1, 2005, 2005 at

3:00 P.M. in Courtroom # 10  on the 5th  floor.

2)      If the parties would like to file any motions or other pleadings for the court to

consider at sentencing they shall be filed by MAY 18, 2005.  Any responses

shall be filed by MAY 25, 2005.

3)      Not less than five business days before the sentencing hearing, counsel are

to advise the clerk if counsel for either party contends that an evidentiary

hearing is necessary, and shall advise the clerk of the amount of time counsel

expects would be required to complete the hearing.


                                        SARAH A. THORNTON
                                        CLERK OF COURT


May 17, 2005                    By:    /s/ Dennis O'Leary
        Date                            Deputy Clerk
Notice to:
(crim-dispo-cancel.wpd - 7/99)          [ntchrgcnf.][kntchrgcnf.]