UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No. 04-10035 - MLW |
| ) | |
| ) | |
| V.              ) | |
| ) | |
| ) | |
| JASON POWERS         ) | |

    Now comes the defendant, Jason Powers, through his attorney, Walter H. Underhill, and respectfully moves that this Honorable Court continue his matter for sentencing which has been recently rescheduled for June 1, 2005.

    In support of this motion the defendant, through his counsel states as follows:

    The defendant's attorney, Walter H. Underhill is scheduled to commence a jury trial in the case of <u>Commonwealth v. Worden</u>, Dkt.# 04-1215 on an assault by means of a dangerous weapon in the Boston Municipal Court. The case last went before (Flaherty, J.) who informed my client that he was issuing a protective order for that date. I expect this trial will last two to three days.

                                                          JASON POWERS
                                                          By his attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
Tel.# (617) 523-5858
B.B.O. # 506300

DATE: May 20, 2005