UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                     **CRIMINAL  CASE**
                                                      **NO. 04-10035-MLW**

                  **V.**

**JASON W. POWERS**
          **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **JUNE 1, 2005** at **3:00 PM** has been RESCHEDULED to **JUNE 23, 2005, 2005** at **2:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by JUNE 9, 2005.  Any responses shall be filed by JUNE 16, 2005.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

                                                      SARAH A. THORNTON
                                                      CLERK OF COURT

**June 9, 2005**                          By:    /s/ Dennis O'Leary
    Date                                          Deputy Clerk
Notice to:
(crim-dispo-cancel.wpd - 7/99)                    [ntchrgcnf.][kntchrgcnf.]