UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10035

| United States of America | Jason Powers |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Walter Underhill |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Sentencing |
|---|---|
| 6/23/05 | Advisory guidelines are as follows: TOL 19, CH IV, 46-57 months custody, 24-36 months supervised release, $6K-$60K fine, $2656 restitution and $100 special assessment fee. Government argues for a downward departure to 31 months custody, 36 months supervised release, restitution of $2656, no fine and $100 special assessment fee. Defendant advocates for a 24 months sentence followed by 36 months supervised release on stringent drug treatment/testing conditions. Defendant addresses the court. Formal sentencing: Court allows the government's motion for a downward departure and sentences the defendant to 24 month custody with judicial recommendation that defendant participate in the 500 hour drug treatment program or some other drug counseling program followed by 36 month supervised release on the standard conditions plus not possess a firearm or other dangerous weapon, pay the balance of the restitution in the amount of $2656, defendant may not incur new lines of credit or credit charges without the prior approval of the probation office, defendant shall provide any requested financial information to probation which may be shared with the US Attorney's Office, defendant shall participate in a mental health counseling program as prescribed by probation and the defendant shall participate in a drug treatment/testing program which may include in house treatment as prescribed by probation. Defendant advised of his right to appeal and to counsel. |