UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CR10035-001-MLW |
| | ) | |
| JASON POWERS | ) | |
|     Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Jason Powers, by payment in full.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA
                                            By its attorneys

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:   /s/ Christopher R. Donato
                                            CHRISTOPHER R. DONATO
                                            Assistant U.S. Attorney
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA 02210
                                            (617) 748-3303

Dated: January 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

                                            /s/ Christopher R. Donato
                                            CHRISTOPHER R. DONATO
                                            Assistant U.S. Attorney