Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jason Powers      **Case Number:** 04-10035-01

**Name of Sentencing Judicial Officer:** The Honorable Mark L. Wolf, Chief U.S. District Judge

**Date of Original Sentence:** June 23, 2005

**Original Offense:** Aiding and Abetting Bank Robbery, in violation of 18 U.S.C. § 2113(a) & 2

**Original Sentence:** 24 months imprisonment, followed by 36 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** October 14, 2005

**Asst. U.S. Attorney:** Timothy Q. Feeley      **Defense Attorney:** Walter H. Underhill

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years
[X] To modify the conditions of supervision as follows:

**The defendant shall serve three (3) months on home detention with electronic monitoring and shall pay for the cost of electronic monitoring at the rate of $3.18 per day.**

## CAUSE

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance | | |
|---|---|---|---|
| 1 | **Violation of Law: While on supervised release, the defendant shall not commit another Federal, State, or local crime.** | | |
| 5/5/07 | Poss. of Class B Lynn District Court Dkt. #0813CR001653 | | Pending - 5/13/08 |

The defendant was arrested in Lynn, MA, after Lynn Police Officers observed what they believed to be a drug transaction between the defendant, who was driving a black truck and another individual in a blue Jaguar. The officers observed both vehicles pulled over on Victory Rd. near a wall. The operator of the Jaguar exited his vehicle and approached the driver's side door of the black truck. He then appeared to hand the defendant an object and received something back from the defendant. Both vehicles then pulled away. The officers pulled along side the black truck and one of the officer's exited the vehicle and walked to the driver's side of the truck. He displayed his badge and identified himself as a police officer. The defendant quickly brought his left hand

Prob 12B                                  - 2 -                          Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                      with Consent of the Offender

from the steering wheel area to the area between his left leg and the driver's door. He was asked to exit his vehicle at which point the officer recovered a twist of suspected cocaine from the pocket area of the door. The defendant was arrested without incident.

On March 25, 2008, the defendant was arraigned at the Lynn District Court. He was released on personal recognizance and the case was continued to May 13, 2008, for a pretrial conference.

|     |     |
| --- | --- |
| II  | **Violation of Standard Condition #7**: **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.** |

On March 28, 2008, the defendant reported to the U.S. Probation Office and provided a urine specimen which tested positive for the presence of cocaine. When confronted with the results, the offender admitted to using cocaine on a regular basis for the past two weeks.

**Response by Probation Office:**

An Administrative Hearing was held on March 28, 2008, before Supervising U.S. Probation Officer John Marshall. During the hearing the offender explained that he had relapsed and had been using cocaine regularly for about two weeks. Considering the offender's response and acceptance of responsibility, the Probation Office is recommending the above noted modification as a sanction to address the new criminal conduct. To address the drug use, the Probation Office referred the defendant for outpatient substance abuse treatment, enrolled him in the Color Code Random Urinalysis program, and he will now be tested at the highest frequency.

Mr. Powers has consented to this modification as exhibited by the attached Probation Form 49 (Waiver of Hearing to Modify Conditions).

Reviewed/Approved by:                                   Respectfully submitted,

_____                         By    _____ (for CPW)
John G. Marshall                                         Carmen Pena Wallace
Supervising U.S. Probation Officer                       U.S. Probation Officer
                                                         Date: 4/7/08

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above  .    Any future violation shall
[ ] Other    be reported to
             the court
             immediately.                               _____
                                                        Signature of Judicial Officer

                                                        April 24, 2008
                                                        Date